Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone: 510.763.2000
Facsimile: 510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BERRY,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC INTERNATIONAL TECHNOLOGY, INC, and MEDTRONIC PUERTO RICO OPERATIONS CO.,<br><br>            Defendants. | Case No. 3:08-CV-2447-EMC<br><br>**STIPULATION TO STAY PROCEEDINGS AND RESPONSIVE PLEADING DEADLINE PENDING TRANSFER TO MDL 1905**<br><br>Compl. Filed:    May 13, 2008<br>Trial Date:       None Set<br><br>Honorable Edward M. Chen |

1  Plaintiff Barbara Berry and Defendant Medtronic Inc. by and through their counsel of record
2  propose the following stay of responsive pleading deadlines and other proceedings pursuant to
3  stipulation based on the following facts:

5  This case involves allegations that defendant Medtronic, Inc.'s Sprint Fidelis Leads caused
6  injury to Plaintiff. On February 21, 2008, the Judicial Panel on Multidistrict Litigation ("JPML")
7  granted various plaintiffs' requests to transfer all cases allegedly arising out of the implantation of
8  Sprint Fidelis cardiac-defibrillator leads manufactured and sold by Medtronic to a single district
9  court for consolidated or coordinated treatment. *See In re Medtronic, Inc., Sprint Fidelis Leads*
10 *Liability Litigation*, MDL No. 1905 ("MDL 1905"). The JPML selected the Honorable Richard H.
11 Kyle of the District of Minnesota to preside over MDL 1905. Over 100 cases have now been
12 transferred to the District of Minnesota in accordance with the February 21, 2008 Transfer Order. A
13 copy of the Transfer Order is attached hereto as Exhibit A.

15 On May 27, 2008, the Clerk of the JPML issued a Conditional Transfer Order identifying the
16 above entitled case as a tag-along action, and conditionally assigned it to MDL 1905. A true and
17 correct copy of the Conditional Transfer Order is attached as Exhibit B. In the interest of conserving
18 judicial resources and avoiding potentially duplicative pretrial proceedings in this case, the parties
19 hereby stipulate and agree to a stay of Medtronic, Inc.'s deadline to respond to the complaint and all
20 proceedings in this action pending further orders by the MDL transferee court, the Honorable
21 Richard H. Kyle of the District of Minnesota. This stay includes, but is not limited to, responsive
22 pleading deadlines, any disclosures under Rule 26 of the Federal Rules of Civil Procedures, early
23 meeting of counsel, Rule 26 report deadline, and the Scheduling Conference set by this Court for
24 August 20, 2008.

IT IS SO STIPULATED.

DATED: June 4, 2008.        Respectfully submitted,

                                REED SMITH LLP

                                By _____
                                Sonja S. Weissman
                                Dana A. Blanton
                                Attorneys for Defendant
                                Medtronic, Inc.

DATED: June 4, 2008.        Respectfully submitted,

                                THE BRANDI LAW FIRM

                                By _____
                                Thomas J. Brandi
                                Brian J. Malloy
                                Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June ___, 2008

                              _____
                              Honorable Edward M. Chen

DOCSOAK-9909774.1